**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

JOSEPH ROMEO,

        Plaintiff,

v.                                       Case No:  6:16-cv-876-Orl-40GJK

COLONIAL IMPORTS, LTD and
CHRISTIAN GYSLING,

        Defendants.
_____/

## **ORDER**

This cause is before the Court on the Joint Motion for Approval of FLSA Settlement (Doc. 34) filed on October 18, 2016. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that a Joint Notice of No-Objection to Report and Recommendation (Doc. 37) was timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.    The Report and Recommendation filed December 15, 2016 (Doc. 36), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.    The Joint Motion for Approval of FLSA Settlement (Doc. 34) is **GRANTED** only to the extent that the Court finds the parties' settlement is fair and reasonable.

3.    This case is **DISMISSED WITH PREJUDICE**.

4.    The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on January 4, 2017.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties